■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v APRIL KEVENIDES, Appellant. [616 NYS2d 959] —Judgment, Supreme Court, New York County (Joan Carey, J.), rendered June 30, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The courtroom was properly closed during the testimony of the undercover officer in view of his testimony at the *Hinton* hearing that he was still active in that capacity in the area where defendant was arrested *(People v Amparo,* 201 AD2d 331, *lv denied* 83 NY2d 868; *People v Martinez,* 82 NY2d 436, 443). Concur—Sullivan, J. P., Carro, Kupferman, Nardelli and Tom, JJ.